**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| ANTHONY MORGAN, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-01060-CFC |
| | ) |
| vs. | ) |
| | ) |
| AUTOWEB, INC., MICHAEL J. FUCHS, MATÍAS DE TEZANOS, MARK N. KAPLAN, JARED R. ROWE, JANET M. THOMPSON, and JOSÉ VARGAS, | ) ) ) JURY TRIAL DEMANDED ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: September 21, 2022                **LONG LAW, LLC**

By:   */s/ Brian D. Long*
      Brian D. Long (#4347)3
      3828 Kennett Pike, Suite 208
      Wilmington, DE 19807
      Telephone: (302) 729-9100
      Email: BDLong@longlawde.com

      *Attorneys for Plaintiff*